# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| VALERIE VAUGHN, and<br>VICTORIA VAUGHN HOLSTED,<br><br>    Plaintiffs,<br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>    Defendant. | Case No.: CV-09-HGD-2193-S |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), counsel for Plaintiffs and Defendant, being all parties who have appeared in the above-styled cause, stipulate to dismiss with prejudice this action and all claims contained therein, each party to bear its own costs.

/s/ James R. Pratt III,
James R. Pratt III, Esq.
Bruce J. McKee, Esq.
Hare, Wynn, Newell & Newton, LLP
2025 Third Avenue North
Suite 800, Massey Building
Birmingham, AL 35203 3378

ATTORNEYS FOR PLAINTIFFS

/s/ Mitesh B. Shah

H. Thomas Wells, Jr.
Mitesh B. Shah
Gregg M. McCormick
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2617

ATTORNEYS FOR DEFENDANT

01331422.1