UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VALERIE VAUGHN, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No. 2:09-cv-02193-HGD |
| ) | |
| SOUTHWEST AIRLINES COMPANY, ) | |
| ) | |
| Defendant ) | |

## DISMISSAL ORDER

Pursuant to the Joint Stipulation for Dismissal With Prejudice filed by the parties (Doc. 35), the court ORDERS that this action is due to be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE this 29th day of July 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE